FILED - USDC - FLMD - ORL
SEP 9 2026 PM3:46

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 6:26-cr-228-RBD-NWH
18 U.S.C. § 875(c)

ALEX JUSTIN MILLER

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
**(Transmission of Interstate Threat to Injure)**

On or about August 18, 2026, in the Middle District of Florida, and elsewhere, the defendant,

ALEX JUSTIN MILLER,

did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure or kill another person, specifically United States Congressman-1, with the intent to communicate a true threat and with recklessness as to whether the communication would be viewed as a true threat, by emailing United States Congressman-1 with the subject line, "Can't wait to snipe your head off your shoulders!! :)," the following:

> Dear fatass piece of shitstain, I cannot wait to take a trip to you lovely home and light the whole place on fire and murder you and your entire family in the middle of the night while you sleep. I hope you disgusting Nazi fucks sleep with one eye open for the rest of your life because I will NEVER stop until your head is hanging from the rooftops of the White

House. You deserve 10000% to be beheaded and have your body paraded through the streets. DEATH TO [United States Congressman-1] AND "DEATH TO DONALD TRUMP!!!

In violation of 18 U.S.C. § 875(c).

**FORFEITURE**

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 875(c) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 875(b) and (c), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 875(b) and (c) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

Foreperson

GREGORY W. KEHOE
United States Attorney

By: ______________________________
Courtney Richardson-Jones
Assistant United States Attorney

By: ______________________________
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
September 26

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

ALEX JUSTIN MILLER

INDICTMENT

Violations: 18 U.S.C. § 875(c)

Filed in open court this 9th day of September 2026.

______________________ Clerk

Bail $______________________